UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIAN LIU,

                Petitioner,

     v.

JUDITH ALMODOVAR, *in her official capacity as Field Office Director of Enforcement and Removal Operations, New York City, Immigration and Customs Enforcement*; KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; PAMELA BONDI, *in her official capacity as Attorney General of the United States*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

                Respondents.

**ORDER**

Case No. 1:25-cv-9256

RAMOS, D.J.:

      Nian Liu filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 5, 2025.  Doc. 1.  Respondents filed their response to the Petition on November 25, 2025.  Docs. 9–11.

      To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

It is SO ORDERED.

Dated: November 26, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.